UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CYBERGUARD CORPORATION

                    Plaintiff(s),

                 v.

SERVGATE TECHNOLOGIES, INC.

                    Defendant(s).

CASE NO. C-04-05214 JF

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    ✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓    other requested deadline  completed by September 30, 2005

Dated: 6/8/05

                                            Attorney for Plaintiff,  Jeffrey W. Kobrick

Dated: 6/8/05

                                            Attorney for Defendant, William J. Frimel

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
    XX Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
    XX other by 9/30/05

IT IS SO ORDERED.

Dated: 6/15/05                   (s/electronic signature authorized) Hon. Jeremy Fogel

                                          UNITED STATES ~~MAGISTRATE~~ JUDGE
                                          DISTRICT