WILLIAM J. FRIMEL (Bar No. 160287)
CHRISTINE K. CORBETT (Bar No. 209128)
ELIZA V. BECHTOLD (Bar No. 233169)
DLA PIPER RUDNICK GRAY CARY US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant,
SERVGATE TECHNOLOGIES, INC.

IRWIN GILBERT
GILBERT & ASSOCIATES
1601 Belvedere Road, Ste. 110E
West Palm Beach, FL 33406
Tel: 561.684.1199
Fax: 561.684.3433

Attorneys for Plaintiff,
CYBERGUARD CORPORATION

**E-filed 9/9/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYBERGUARD CORPORATION, a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>SERVGATE TECHNOLOGIES, INC.,<br><br>Defendant. | CASE NO. C-04-05214 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUT-OFF DATE ONLY AS TO THE DEPOSITION OF MICHAEL MATTE** |

Plaintiff CyberGuard Corporation ("CyberGuard") and Defendant ServGate Technologies, Inc. ("ServGate"), by and through their attorneys, hereby stipulate as follows:

WHEREAS, the discovery cut-off date in this action is set for September 20, 2005;

WHEREAS, ServGate seeks to depose Michael Matte, CyberGuard's Chief Financial Officer;

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7192738.1
357373-1

-1-
STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUT-OFF DATE AS TO MICHAEL MATTE'S DEPOSITION - USDC CASE NO. C-04-05214 JF

1   WHEREAS, Mr. Matte is not available for his deposition from September 13-September 27;

WHEREAS, Mr. Matte will be in California to attend the mediation in this matter on October 6;

THEREFORE, CyberGuard and ServGate hereby stipulate that the discovery cut-off date in this action may be extended to October 7, 2005 only in order to take the deposition of Mr. Matte.

Dated: September 3, 2005.

GILBERT & ASSOCIATES

By /s/ Irwin Gilbert
   Irwin Gilbert
   Attorneys for Plaintiff
   CyberGuard Corporation

Dated: September 6, 2005.

DLA PIPER RUDNICK GRAY CARY US LLP

By _Christine K. Corbett_
   William J. Frimel
   Christine K. Corbett
   Attorneys for Defendant
   ServGate Technologies, Inc.

**IT IS SO ORDERED.**

September 9, 2005

Jeremy Fogel/s/electronic signature authorized
─────────────────────────────
United States District Judge

DLA PIPER RUDNICK GRAY CARY US LLP

EM\7192738.1
357373-1

-2-
STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUT-OFF DATE AS TO MICHAEL MATTE'S DEPOSITION - USDC CASE NO. C-04-05214 JF