WILLIAM J. FRIMEL (Bar No. 160287)
CHRISTINE K. CORBETT (Bar No. 209128)
ELIZA V. BECHTOLD (Bar No. 233169)
DLA PIPER RUDNICK GRAY CARY US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant,
SERVGATE TECHNOLOGIES, INC.

**E-filed 9/23/05**

IRWIN GILBERT
GILBERT & ASSOCIATES
1601 Belvedere Road, Ste. 110E
West Palm Beach, FL 33406
Tel: 561.684.1199
Fax: 561.684.3433

Attorneys for Plaintiff,
CYBERGUARD CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYBERGUARD CORPORATION, a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>SERVGATE TECHNOLOGIES, INC.,<br><br>Defendant. | CASE NO. C-04-05214 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUT-OFF DATE ONLY AS TO THE DEPOSITION OF MATTHEW RAMSAY AND PAT CLAWSON AND AGREEMENT TO PRODUCE SPECIFIC DOCUMENT(S)** |

Plaintiff CyberGuard Corporation ("CyberGuard") and Defendant ServGate Technologies, Inc. ("ServGate"), by and through their attorneys, hereby stipulate as follows:

WHEREAS, the discovery cut-off date in this action is set for September 20, 2005;

WHEREAS, ServGate seeks to depose Matthew Ramsay and Pat Clawson, two CyberGuard employees;

-1-

EM\7193332.3
357373-1

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUT-OFF DATE ONLY AS TO RAMSAY AND CLAWSON DEPOSITIONS AND AGREEMENT TO PRODUCE SPECIFIC DOCUMENT(S) - USDC CASE NO. C-04-05214 JF

DLA PIPER RUDNICK
GRAY CARY US LLP

THEREFORE, CyberGuard and ServGate hereby stipulate that the discovery cut-off date in this action may be extended in order to take the deposition of Mr. Ramsay and Mr. Clawson.

In addition CyberGuard seeks the production of document(s) and computer records that show the cancellation of the June, 2004 purchase order although the time has passed in which CyberGuard can make a discovery request for the document(s) and computer records. Subject to the entry of the necessary Protective Order, ServGate will produce the document(s) and hard copies of any computer records, to the extent they exist and have not already been produced, that show the cancellation of the June, 2004 purchase order.

Dated: September 21, 2005.

GILBERT & ASSOCIATES

By /s/
Irwin Gilbert
Attorneys for Plaintiff
CyberGuard Corporation

Dated: September 21, 2005.

DLA PIPER RUDNICK GRAY CARY US LLP

By /s/
William J. Frimel
Christine K. Corbett
Attorneys for Defendant
ServGate Technologies, Inc.

**IT IS SO ORDERED.**

September 22, 2005

Jeremy Fogel /s/electronic signature authorized
_____
United States District Judge

EM\7193332.3
357373-1

-2-
STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUT-OFF DATE ONLY AS TO RAMSAY AND CLAWSON DEPOSITIONS AND AGREEMENT TO PRODUCE SPECIFIC DOCUMENT(S) - USDC CASE NO. C-04-05214 JF

DLA PIPER RUDNICK GRAY CARY US LLP