\*\* e-filed on 10/05/2005 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYBERGUARD CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>SERVGATE TECHNOLOGIES, INC.,<br><br>        Defendant. | Case Number C 04-05214 JF (HRL)<br><br>ORDER[1] DENYING PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME AS MOOT<br><br>[Docket No. 170] |

On September 29, 2005, Plaintiff filed an ex parte application for extension of time from September 30, 2005 to October 4, 2005 to submit a reply brief on its summary judgment motion. On September 30, 2005, Plaintiff filed a "Reply Memorandum of Points and Authorities in Support of its Motion for Partial Summary Judgment." Accordingly, the Court will deny Plaintiff's application as moot.

Plaintiff's ex parte application for extension of time is DENIED.

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 04-05214 JF (HRL)
ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME AS MOOT
(JFLC1)

1
2  DATED: October 5, 2005
3
4                                        /s/ electronic signature authorized
                                         JEREMY FOGEL
5                                        United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No. C 04-05214 JF (HRL)
ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME AS MOOT
(JFLC1)

1  This Order has been served upon the following persons:

2  Christopher Charles Cooke    ccooke@ckwlaw.com

3  Christine Kerba Corbett    christine.corbett@dlapiper.com, carmen.manzano@dlapiper.com

4  William J. Frimel    bill.frimel@dlapiper.com, carmen.manzano@dlapiper.com

5  Irwin R Gilbert    igilbert@bizlit.net, tbowersock@bizlit.net

6  Jeffrey W. Kobrick    jkobrick@ckwlaw.com, jkobrick@jps.net

7  Stephen S. Wu    swu@ckwlaw.com

3

Case No. C 04-05214 JF (HRL)
ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME AS MOOT
(JFLC1)