1  WILLIAM J. FRIMEL (Bar No. 160287)
   CHRISTINE K. CORBETT (Bar No. 209128)
2  ELIZA V. BECHTOLD (Bar No. 233169)
   DLA PIPER RUDNICK GRAY CARY US LLP
3  2000 University Avenue
   East Palo Alto, CA  94303-2248
4  Tel:  650.833.2000                                         **E-filed 10/5/05**
   Fax:  650.833.2001
5
   Attorneys for Defendant,
6  SERVGATE TECHNOLOGIES, INC.

7  IRWIN GILBERT
   GILBERT & ASSOCIATES
8  1601 Belvedere Road, Ste. 110E
   West Palm Beach, FL  33406
9  Tel:  561.684.1199
   Fax:  561.684.3433
10
   Attorneys for Plaintiff,
11 CYBERGUARD CORPORATION

12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                        SAN JOSE DIVISION

| 16 | CYBERGUARD CORPORATION, a Florida corporation, | CASE NO.  C-04-05214 JF |
|---|---|---|
| 17 | | **STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF DATE ONLY AS TO THE DEPOSITION OF MICHAEL MATTE** |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | SERVGATE TECHNOLOGIES, INC., | |
| 21 | Defendant. | |

22      Plaintiff CyberGuard Corporation ("CyberGuard") and Defendant ServGate Technologies,

23  Inc. ("ServGate"), by and through their attorneys, hereby stipulate as follows:

24      WHEREAS, the discovery cut-off date in this action is set for September 20, 2005;

25      WHEREAS, ServGate seeks to depose Michael Matte, CyberGuard's Chief Financial

26  Officer;

27      WHEREAS, the parties previously agreed to extend the discovery cut-off date to October

28  7, 2005 with respect to Mr. Matte's deposition;

-1-

1   WHEREAS, it is ServGate's position that it cannot complete the deposition of Mr. Matte on October 7, 2005 without the accounting documents – as defined in ServGate's motion to compel, filed on September 26, 2005;

WHEREAS, the parties seek to avoid the possibility of subjecting Mr. Matte to a second day of deposition;

THEREFORE, CyberGuard and ServGate hereby stipulate that the discovery cut-off date in this action may be extended in order to take the deposition of Mr. Matte.

Dated:  October 3, 2005

GILBERT & ASSOCIATES

By /s/
   Irwin Gilbert
   Attorneys for Plaintiff
   CyberGuard Corporation

Dated:  October 3, 2005

DLA PIPER RUDNICK GRAY CARY US LLP

By /s/
   William J. Frimel
   Christine K. Corbett
   Attorneys for Defendant
   ServGate Technologies, Inc.

**IT IS SO ORDERED.**

October  5 , 2005

Jeremy Fogel /s/electronic signature authorized
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUT-OFF DATE AS TO MICHAEL MATTE'S DEPOSITION – USDC CASE NO. C-04-05214 JF