1  IRWIN R. GILBERT (*Pro Hac Vice*)
   GILBERT & ASSOCIATES
2  100 Village Square Crossing, Suite 207
3  Palm Beach Gardens, Florida 33410                **E-filed 10/7/05**
   Tel: 561-684-1199
4  Fax: 561-684-3433

5

6  JEFFREY W. KOBRICK (CA # 225750)
   CHRISTOPHER COOKE (CA #142342)
7  STEPHEN S. WU (CA # 205091)
   COOKE KOBRICK & WU LLP
8  100 Bush Street, Suite 1980
   San Francisco, CA  94104
9  Tel: (415) 433-1087
   Fax: (415) 358-4403

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| CYBERGUARD CORPORATION,<br> a Florida corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>SERVGATE TECHNOLOGIES, INC.,<br><br>            Defendant | Case No.:  C-04-05214 JF<br><br>**ORDER ALLOWING PLAINTIFF'S LEAD ATTORNEY IRWIN R. GILBERT TO PARTICIPATE BY TELEPHONE IN HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON OCTOBER 14, 2005 AND TO ARGUE MOTION BY TELEPHONE** |

    Plaintiff CyberGuard Corporation ("CyberGuard"), has filed an Ex Parte Application for permission of its lead attorney, Irwin R. Gilbert, Esq., of Palm Beach Gardens, Florida, to participate by telephone in the hearing on plaintiff's motion for partial summary judgment on

1

1  Friday, October 14, 2005 and to argue the motion by telephone.  Plaintiff's application is

2  GRANTED.

3  Date:  October __7__, 2005

4                                                    /s/electronic signature authorized
                                                        United States District Judge

5

6

7

...

28                                                    2

[PROPOSED] ORDER ALLOWING PLAINTIFF'S LEAD ATTORNEY IRWIN R. GILBERT TO PARTICIPATE BY TELEPHONE IN HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON OCTOBER 14, 2005 AND TO ARGUE MOTION BY TELEPHONE
Case No. C-04-05214 JF