IRWIN R. GILBERT (*Pro Hac Vice*)
GILBERT & ASSOCIATES
100 Village Square Crossing, Suite 207
Palm Beach Gardens, Florida 33410
Tel: 561-684-1199
Fax: 561-684-3433

**E-filed 11/1/05**

JEFFREY W. KOBRICK (CA # 225750)
CHRISTOPHER COOKE (CA #142342)
STEPHEN S. WU (CA # 205091)
COOKE KOBRICK & WU LLP
100 Bush Street, Suite 1980
San Francisco, CA  94104
Tel: (415) 433-1087
Fax: (415) 358-4403

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CYBERGUARD CORPORATION, a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SERVGATE TECHNOLOGIES, INC.,<br><br>Defendant | Case No.: C-04-05214 JF<br><br>**[PROPOSED] ORDER ALLOWING PLAINTIFF CYBERGUARD'S LEAD ATTORNEY IRWIN R. GILBERT TO PARTICIPATE BY TELEPHONE IN THE STATUS CONFERENCE ON NOVEMBER 4, 2005** |

Plaintiff CyberGuard Corporation ("CyberGuard"), has filed an Ex Parte Application for permission of its lead attorney, Irwin R. Gilbert, Esq., of Palm Beach Gardens, Florida, to participate by telephone in the status conference set for Friday, November 4, 2005 at 10:30 a.m. Plaintiff's application is GRANTED.

1

1   Date: __11/1__, 2005

Jeremy Fogel /s/electronic signature authorized
United States District Judge

2

[PROPOSED] ORDER ALLOWING PLAINTIFF'S LEAD ATTORNEY IRWIN R. GILBERT TO PARTICIPATE BY TELEPHONE IN THE STATUS CONFERENCE ON FRIDAY NOVEMBER 4, 2005
Case No. C-04-05214 JF